IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

LEE ANN BOURLAND, )
)
        Plaintiff, )
)
v. ) Case No. CIV-13-797-M
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social )
Security Administration, )
)
        Defendant. )

## ORDER

On April 28, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's application for disability insurance benefits under 42 U.S.C. § 405(g). The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by May 18, 2014. A review of the file reveals no objections have been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 15] issued by the Magistrate Judge on April 28, 2014, and

(2) AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 20th day of May, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE